IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GINA CARMICHAEL,

    Plaintiff,                      No. CIV S-12-0307 KJM CKD PS

    vs.

SACRAMENTO HOUSING
REDEVELOPMENT AGENCY,

    Defendant                    FINDINGS & RECOMMENDATIONS
_____/

        By order filed February 8, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

/////

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2  F.2d 1153 (9th Cir. 1991).
3   Dated: March 12, 2012

4
          _____
5          CAROLYN K. DELANEY
           UNITED STATES MAGISTRATE JUDGE
6

7  4
   carmichael.fta
8